UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONATHAN H. PARDEE AND CAROL HAVICAN, AS TRUSTEE OF THE JONATHAN H. PARDEE CHARITABLE REMAINDER TRUST,<br>          Plaintiffs,<br>vs. | : : : : : : : | C.A. No. 01-594 L |
| CONSUMER PORTFOLIO SERVICES, INC.<br>          Defendant. | : : : : | |
| CONSUMER PORTFOLIO SERVICES, INC.<br>          Counterclaim Plaintiff,<br>vs. | : : : : : | |
| JONATHAN H. PARDEE;<br>JONATHAN H. PARDEE CHARITABLE REMAINDER TRUST; DUNBAR/ WHEELER TRUST; OGDEN H. SUTRO,<br>          Counterclaim Defendants. | : : : : : : | |
| DUNBAR/WHEELER TRUST AND OGDEN H. SUTRO<br>          Third Party Counterclaim Plaintiffs,<br>vs. | : : : : : : : | |
| CONSUMER PORTFOLIO SERVICES, INC.<br>          Third Party Counterclaim Defendant. | : : : : : : | |

## AFFIDAVIT OF COUNSEL
## IN SUPPORT OF ITS MOTION TO WITHDRAW FROM THE REPRESENTATION OF THE DUNBAR/WHEELER TRUST AND OGDEN H. SUTRO

I, Craig M. Scott, Esq., do hereby state under oath as follows:

1. I am licensed to practice law in the State of Rhode Island, and I am a partner in the law firm of Duffy Sweeney & Scott, Ltd. ("DSS") whose principal place of business is located at 1800 Financial Plaza, Providence, Rhode Island. I make this affidavit on behalf of DSS, and have personal knowledge of the facts set forth herein.

2. In approximately November 2002, Ogden H. Sutro retained my firm to represent him and his trust, The Dunbar/Wheeler Trust (collectively, "Sutro"), in connection with the above-captioned litigation. Sutro executed a standard, written engagement agreement with DSS (the "Engagement Agreement").

3. Pursuant to the Engagement Agreement, DSS sent written invoices to Sutro and Sutro was obligated to pay DSS all invoiced costs and fees within thirty (30) days of the invoice date.

4. Pursuant to the terms of the Engagement Agreement, DSS rendered legal services to Sutro and submitted invoices showing the fees and costs expended on behalf of Sutro.

5. Sutro made its last payment to DSS on or about December 27, 2005. Despite numerous requests for payment and reminder invoices rendered to Sutro in the above matter, Sutro has failed to pay and owes DSS a significant balance.

6. In compliance with Local Rule LR 206(e)(2), the undersigned certifies and attests that Sutro is not in the military service of the United States as defined in the Soldiers' and Sailor's Civil Relief Act. [50 App. U.S.C. § 501 *et seq*], as amended.

7. The undersigned also certifies that he advised Sutro through Jonathan Wainwright, Esq., Sutro's designated contact person, that they may object to counsel's Motion to Withdraw and that any failure to retain substitute counsel may not be considered grounds for delaying any further trial or other matter that may be scheduled in this case. LR Gen. 206(e)(B)(ii).

8. To the best of my knowledge, Sutro's current address is the address indicated in the Certification, and counsel has made reasonable effort to confirm that notices sent to that address are likely to be received by Sutro.  LR Gen. 206(e)(2)(C).

9. The withdrawal of DSS as legal counsel for Sutro at this time will not adversely affect Sutro's interests as this lawsuit is stayed.

_____
Craig M. Scott, Esq.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 4th day of December, 2008.

_____

3

## CERTIFICATION

I hereby certify that the within *Affidavit of Counsel In Support of its Motion to Withdraw from the Representation of The Dunbar/Wheeler Trust and Ogden H. Sutro* was filed through the ECF system on the 4th day of December, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing and mailed as indicated to those who are not registered participants of the ECF system.

*Via First Class Mail and*
*Certified Mail, Return Receipt Requested*
Ogden H. Sutro
Jonathan M. Wainwright, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center, Fl. 8
New York, NY 10281-0006

*Via First Class Mail*
James W. Irey
Johnson & Tekosky, LLP
444 S. Flower Street
42nd Floor
Los Angeles, CA 90071-2901

*Via E-Filing*
Christopher H. Little, Esq.
Matthew F. Medeiros, Esq.
Scott K. Pomeroy, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

*Via E-Filing*
Gerald J. Petros, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

*Via E-Filing*
Rene P. Tatro, Esq.
Tatro Tekosky Sadwick LLP
333 S. Grand Ave.
Suite 4270
Los Angeles, CA 90071

*Via E-Filing*
Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563


/s/ Craig M. Scott
Craig M. Scott